IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL HILL,

                                      ORDER

              Petitioner,

                                      10-cv-65-bbc

    v.

C. HOLINKA,

              Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Petitioner Michael Hill, a prisoner at the Federal Correctional Institution in Oxford, Wisconsin, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In a letter accompanying his petition, petitioner says that he intends to pay the $5 fee for filing his petition. However, approximately one week has elapsed since petitioner submitted this letter and no fee has been received. In order to insure that this case does not languish, I will set a deadline of March 11, 2010 for petitioner to pay the fee. If petitioner fails to pay the fee by that date, his case will be closed.

ORDER

IT IS ORDERED that petitioner may have until March 11, 2010, in which to submit

1

a check or money order made payable to the clerk of court in the amount of $5 to cover the fee for filing his petition. If, by March 11, 2010, petitioner fails to pay the fee or show cause why he is unable to do so, then the clerk of court is directed to close this file for petitioner's failure to prosecute.

Entered this 18th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge