IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL HILL,

    Petitioner,

v.

C. HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-65-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus.

_____    3/10/10
Peter Oppeneer, Clerk of Court    Date